U.S. DISTRICT COURT
SAVANNAH DIV.

2016 MAR 16 PM 2:28

CLERK
SO. DIST. OF GA.



**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 6:15-cv-115 |
| | ) | |
| CAROLINA SWEET ONION | ) | |
| HOLDINGS, LLC; | ) | |
| and WALTER LOU BRAGG, | ) | |
| | ) | |
| Defendants. | ) | |

## CONSENT ORDER TO STAY DEADLINES

IT APPEARING that Plaintiff and Defendants have jointly moved this Court for an Order staying the deadlines, and it further appearing that just cause has been shown for such an stay, and all parties consent to this Motion.

IT IS HEREBY ORDERED AND ADJUDGED that the deadline for Discovery in this case be, and is, hereby stayed ~~until further order of the Court~~ *for 60 days.*

SO ORDERED, this _16th_ day of _March_, 2016.

_____
HONORABLE G.R. SMITH
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA