IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiffs, | * | |
| v. | * | CV 615-115 |
| CAROLINA SWEET ONION HOLDINGS, LLC, and WALTER LOU BRAGG, | * | |
| Defendants. | * | |

**O R D E R**

On March 16, 2016, the Magistrate Judge stayed this matter for sixty days while the parties engaged in settlement discussions. (Doc. 13.) The parties now ask the Court to stay this matter for an additional thirty days while they complete their discussions. (Doc. 19.) Upon consideration, the Court **GRANTS** the parties' motion. This case shall be **STAYED** for thirty days. The parties are instructed to file a status report within thirty days from the date of this Order.

**ORDER ENTERED** at Augusta, Georgia this 7th day of June, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA